IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00545-LTB-KLM

TODD WARGO,

    Plaintiff,

v.

CROSSROADS TOWING AND RECOVERY, a Colorado Corporation,
KELSEY REAPSOME CLENDENIN, individually, and as owner/agent Crossroads
    Towing and Recovery, and
VONDA ULANDER, individually, and as owner/agent Crossroads Towing and
    Recovery,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on June 2, 2023, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 2 day of June, 2023.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ J. Torres
                      Deputy Clerk